**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO.: 17-cv-20717**

| | |
|---|---|
| DOUGLAS LONGHINI, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF REPRESENTATION**

The undersigned attorney RAFAEL VIEGO III of the law firm Federal Disability Advocates, LLC (**"FDA"**) hereby withdraws from this case as attorney of record for the Plaintiff.  However attorney Joshua H. Sheskin and Eric M. Rodriguez of FDA will remain as counsel for Plaintiff.

Respectfully submitted,

By:  /s/ Rafael Viego III
Rafael Viego III, Esq.
Florida Bar. No. 60967
**FEDERAL DISABILITY ADVOCATES**
*Attorney for Plaintiff*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Telephone: (305) 717-7530
Facsimile: (305) 717-7539
E-mail: eservice@jltrial.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 6, 2017 via CM/ECF upon: Beth S. Joseph, Esq., beth.joseph@morganlewis.com, Anne Marie Estevez, Esq., anne.estevez@morganlewis.com.

                              By:   s/ Rafael Viego III
                                         Rafael Viego III, Esq.
                                         Fla Bar. No.: 60967