# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DOUGLAS LONGHINI,
an individual,

        Plaintiff,

v.                                               CASE NO: 1:17-cv-20717-DPG

BANK OF AMERICA CORPORATION,

        Defendant.
_____/

## **DEFENDANT'S NOTICE OF SETTLEMENT**

Defendant Bank of America, N.A.[1] (hereby gives notice to the Court) that Plaintiff's claims against the Defendant have been settled through informal efforts by the parties' counsel. The parties will exchange final settlement documents, and expect to be in a position to file a request for dismissal of this action, with prejudice, within thirty (30) days with the Court retaining jurisdiction to enforce the terms and conditions of the settlement.

Dated this 5th day of September, 2017.     Respectfully submitted,

                                                                     */s/ Beth S. Joseph*
                                                                       Beth S. Joseph
                                                                        Fla. Bar No. 0062952
                                                                        beth.joseph@morganlewis.com
                                                                        Anne Marie Estevez
                                                                        Florida Bar No. 991694
                                                                        anne.estevez@morganlewis.com
                                                                        Morgan, Lewis & Bockius LLP
                                                                        200 South Biscayne Boulevard, Suite 5300
                                                                        Miami, FL 33131-2339
                                                                        Telephone: 305.415.3330
                                                                        Facsimile: 877.432.9652

                                                                        *Counsel for Defendant*

---

[1] Plaintiff erroneously named Bank of America Corporation as the Defendant in this case. Bank of America, N.A., is the proper entity name of Defendant.

2

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          */s/ Beth S. Joseph*  
                                                        Beth S. Joseph

## SERVICE LIST

Mario E. Lopez  
Florida Bar No. 098061  
Federal Disability Advocates  
4300 Biscayne Boulevard, Suite 305  
Miami, Florida 33137  
Telephone: 305.717.7532  
Fax 305.717.7539  
mlopez@jltrial.com

*Counsel for Plaintiff*