UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOUGLAS LONGHINI, individually,

           Plaintiff,                      CASE NO. 1:17-cv-20717-DPG

v.

BANK OF AMERICA CORPORATION,

           Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, Bank of America, N.A.[1], hereby stipulate that (1) Plaintiff voluntarily dismiss this action *with prejudice* against Defendant; and (2) the Parties shall bear its or her own costs and fees.

Respectfully submitted this 12th day of February, 2018.

.                                                Respectfully submitted,

| | |
|---|---|
| */s/ Mario E. Lopez* | */s/ Beth S. Joseph* |
| Mario E. Lopez, Esq. | Beth S. Joseph |
| Florida Bar No. 980691 | Fla. Bar No. 0062952 |
| **FEDERAL DISABILITY ADVOCATES** | beth.joseph@morganlewis.com |
| *Attorneys for Plaintiff* | Anne Marie Estevez |
| 4300 Biscayne Boulevard, Suite 305 | Florida Bar No. 991694 |
| Miami, Florida 33137 | anne.estevez@morganlewis.com |
| Telephone: (305) 717-7530 | Morgan, Lewis & Bockius LLP |
| Facsimile: (305) 717-7539 | Counsel for Defendant |
| Email: mlopez@jltrial.com | 200 South Biscayne Boulevard |
| | Suite 5300 |
| *Counsel for Plaintiff* | Miami, FL 33131-2339 |
| | Telephone: 305.415.3330 |
| | Facsimile: 877.432.9652 |
| | |
| | *Counsel for Defendant* |

---

[1] Plaintiff erroneously named Bank of America Corporation as the Defendant in this case. Bank of America, N.A., is the proper entity name of Defendant.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on February 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Mario E. Lopez, Esq.
 Florida Bar No. 980691
**FEDERAL DISABILITY ADVOCATES**
*Attorney for Plaintiff*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Telephone:     (305) 717-7530
Facsimile:      (305) 717-7539
Email: mlopez@jltrial.com

*Counsel for Plaintiff*

                                                      */s/ Beth S. Joseph*
                                                      Beth S. Joseph